| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbier, Carl J. | 2. Court or Organization<br><br>U.S. District Court, E.D. La. | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>New Orleans, LA. 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Loyola Law Alumni Association |
| 2. Member, Board of Directors | Federal Bar Assoc.-New Orleans Chapter |
| 3. Member, Past President | St. Thomas More Inn of Court (Loyola Law School) |
| 4. Past President, ABA House of Delegates | New Orleans Bar Association |
| 5. NOBA representative | Louisiana Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/13-2/14/2011 | Atlanta, GA | Mid-year House of Delegates meeting | Travel, lodging |
| 2. | New Orleans Bar Association | 4/15-4/17/2011 | Biloxi, MS | Bench Bar Conference | Food and lodging |
| 3. | LSU Law School | 4/07-4/08/2011 | Baton Rouge, LA | CLE program | Food, lodging & mileage |
| 4. | LSU Law School | 5/12-5/13/2011 | Baton Rouge, LA | CLE program | Food, lodging & mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Loan Management Account | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tenn. Gas Pipeline Debenture | B | Interest | | | Redeemed | 12/15/11 | K | B | |
| 2. AMR Corp. (Unsec. Notes) | A | Interest | J | T | | | | | |
| 3. NM Ford Motor Cdt Co.(Bond) | A | Interest | J | T | | | | | |
| 4. USX-Marathon Grp 01/15/2013 | B | Interest | K | T | | | | | |
| 5. Bellsouth Corp. 12/15/2016 (Bonds) | B | Interest | K | T | | | | | |
| 6. Anheuser Busch Notes Apr 01 2018 | B | Interest | K | T | | | | | |
| 7. Anheuser Busch Cos Inc Notes Mar 01 2019 | A | Interest | K | T | | | | | |
| 8. Penn. Electric Co. Sr. Notes 4/01/19 | A | Interest | K | T | | | | | |
| 9. Spectra Energy Capital Global Notes 10/01/2019 | C | Interest | K | T | | | | | |
| 10. Ford Holdings Inc Mar 01, 2020 | B | Interest | K | T | | | | | |
| 11. Scana Corp. Ser Mtn Apr 01 2020 | A | Interest | K | T | | | | | |
| 12. El Paso Nat. Gas (Bond) Jan 15, 2022 | A | Interest | J | T | | | | | |
| 13. Gen Elec Cap Corp (Sr. Notes) Jan 15, 2022 | B | Interest | K | T | | | | | |
| 14. Coca Cola Ent. Debentures Feb 01 2022 | B | Interest | K | T | | | | | |
| 15. USX Corp May 15, 2022 | B | Interest | K | T | | | | | |
| 16. Coca Cola Ent. Inc. Debentures Sep 15 2022 | C | Interest | L | T | | | | | |
| 17. USX Marathon Grp Debentures Mar 01 2023 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Chesapeake & Potomoc Tel Co Debentures May 01 2023 | B | Interest | K | T | | | | | |
| 19. Anheuser Busch Cos Inc Bonds May 15 2023 | B | Interest | | | Redeemed | 09/26/11 | K | B | |
| 20. U.S. West Comm. June 15, 2023 | B | Interest | K | T | | | | | |
| 21. Gen Motors Corp Global Bds July 15 2023 | | None | J | T | | | | | |
| 22. USX Marathon Group July 15, 2023 | B | Interest | K | T | | | | | |
| 23. Southern Union Co. Feb 01, 2024 | A | Interest | J | T | | | | | |
| 24. Time Warner Cos Inc Feb 01, 2024 | B | Interest | K | T | | | | | |
| 25. Entergy La. LLC Nov. 01, 2024 | A | Interest | K | T | | | | | |
| 26. Union Carbide Deben 6/1/25 | A | Interest | J | T | | | | | |
| 27. BellSouth Telecommunications Oct 01, 2025 | A | Interest | J | T | | | | | |
| 28. Citizens Utilities Co Nov 01, 2025 | C | Interest | K | T | | | | | |
| 29. Ford Motor Co. Nov 15, 2025 | B | Interest | K | T | | | | | |
| 30. Burlington Resources Inc Feb 15, 2026 | B | Interest | K | T | | | | | |
| 31. Petro Canada Jun 15, 2026 | A | Interest | J | T | | | | | |
| 32. Indiana Bell Tel Debentures Aug 15 2026 | D | Interest | M | T | | | | | |
| 33. Bristol Meyers Squibb Nov 15 2026 | B | Interest | K | T | | | | | |
| 34. Hydro Quebec Deb Ser MBIA Jan 15, 2027 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Phillip Morris Cos Inc Jan. 15, 2027 | B | Interest | K | T | | | | | |
| 36. Eli Lilly & Co March 15, 2027 | A | Interest | K | T | | | | | |
| 37. Wal-Mart Stores, Inc Apr 05 2027 | B | Interest | K | T | | | | | |
| 38. CSX Corp May 01 2027 | A | Interest | J | T | Buy | 06/03/11 | J | | |
| 39. GTE California Inc May 15 2027 | C | Interest | L | T | | | | | |
| 40. Hershey Foods Corp Aug 15, 2027 | A | Interest | J | T | | | | | |
| 41. Seagull Energy Corp Sr. Notes 9/15/27 | C | Interest | K | T | | | | | |
| 42. Puget Sound Energy Inc. Dec 01, 2027 | B | Interest | K | T | | | | | |
| 43. Anheuser-Busch Cos Inc Dec 15 2027 | A | Interest | J | T | Buy | 05/04/11 | J | | |
| 44. Pioneer Natural Resource Jan 15, 2028 | B | Interest | K | T | | | | | |
| 45. Sears Roebuck Acceptance Jan. 15, 2028 | A | Interest | J | T | | | | | |
| 46. GTE Florida Feb. 01, 2028 | D | Interest | M | T | Buy (add'l) | 03/11/11 | J | | |
| 47. GTE North Inc. Feb. 15, 2028 | B | Interest | J | T | | | | | |
| 48. KN Energy Inc. Mar. 01, 2028 | A | Interest | J | T | | | | | |
| 49. Occidental Petroleum Apr 01 2028 | B | Interest | K | T | | | | | |
| 50. Bell Atlantic Corp Apr 15, 2028 | B | Interest | K | T | | | | | |
| 51. GTE Corporation Apr 15, 2028 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Heinz (HJ) Co July 15 2028 | C | Interest | K | T | | | | | |
| 53. United Utilities PLC Aug 15, 2028 | A | Interest | J | T | | | | | |
| 54. Petro Canada Deben 11/15/28 | A | Interest | J | T | | | | | |
| 55. Bell Atlantic Penn Dec 01, 2028 | B | Interest | K | T | | | | | |
| 56. Duke Energy Corp Dec. 01, 2028 | B | Interest | K | T | | | | | |
| 57. Burlington Resources Mar 01, 2029 | B | Interest | K | T | | | | | |
| 58. Conoco Inc Apr 15, 2029 | B | Interest | K | T | | | | | |
| 59. Archer-Daniels-Midland May 01 2029 | B | Interest | K | T | Buy | 02/11/11 | K | | |
| 60. Norfolk Southern Corp May 17, 2029 | B | Interest | K | T | | | | | |
| 61. Amerada Hess Corp Bonds Oct 01 2029 | C | Interest | L | T | | | | | |
| 62. Dow Chemical Co Nov 01, 2029 | B | Interest | K | T | | | | | |
| 63. New England Tel & Tel Co. Nov 15 2029 | B | Interest | K | T | | | | | |
| 64. New Jersey Bell Tel Co Nov 15, 2029 | B | Interest | K | T | | | | | |
| 65. Apache Fin Canada Corp Dec 15, 2029 | B | Interest | K | T | | | | | |
| 66. Wal Mart Stores Bonds Feb 15 2030 | C | Interest | L | T | | | | | |
| 67. Burlington North Santa Fe Aug 15, 2030 | A | Interest | K | T | | | | | |
| 68. Bell Telephone Co PA Dec 15, 2030 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Dominion Res Cap TR III Jan 15, 2031 | B | Interest | K | T | | | | | |
| 70. Amerada Hess Corp Aug 15, 2031 | C | Interest | L | T | | | | | |
| 71. Texaco Capital Inc Aug 01, 2032 | A | Interest | J | T | | | | | |
| 72. Florida Power Corp Mar 01, 2033 | B | Interest | K | T | | | | | |
| 73. Wisconsin Electric Power May 15, 2033 | A | Interest | J | T | | | | | |
| 74. Florida Power & Light Apr 01, 2034 | A | Interest | J | T | | | | | |
| 75. Jefferson PH LA Hosp Svc Jan 1 31 | C | Interest | L | T | Buy | 11/04/11 | L | | |
| 76. Colorado Health Facs Sep 01 41 | B | Interest | K | T | Buy | 08/31/11 | K | | |
| 77. Met Pea II Dedicated ST Jun 15 50 | B | Interest | K | T | Buy | 08/30/11 | K | | |
| 78. Gen. Motors Co. Common Shares | | None | J | T | Buy | 07/08/11 | J | | |
| 79. United Contl Hldgs Inc. common stk | | None | J | T | | | | | |
| 80. Merrill Lynch BIF (CMA) Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 81. New Orleans La EHA HTL Rv Jan 15 11 (muni bond) | A | Interest | | | Redeemed | 01/18/11 | J | A | |
| 82. La. Pub Facs AT RV Hlth Facs A Ref Jun 01 13 (muni bond) | A | Interest | | | Redeemed | 06/01/11 | J | A | |
| 83. Shreveport La Wtr-Swr Rv Ser B Dec 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 84. Jeff Parish La Sch Brd Sls-Tax Rv Mar 01 20 (muni bonds) | A | Interest | J | T | | | | | |
| 85. Bossier Parish La Sales & Use Tax Jul 01 21 | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New Orleans LA Sep 01 21 | A | Interest | J | T | Buy | 01/17/11 | J | | |
| 87. St. Tammany Prshwide 03/01/24 (muni bonds) | B | Interest | K | T | | | | | |
| 88. East B R Prsh LA Rec-Pk May 01 24 (muni bond) | A | Interest | K | T | | | | | |
| 89. Monroe La Sales & Use Tax Rev Ser A Jul 01 27 | A | Interest | K | T | | | | | |
| 90. Ernest N Morial-New Orleans La Exhb Hall AT Jul 15 27 (muni) | A | Interest | J | T | | | | | |
| 91. Louisiana LCL Gvt Enviro FC CDA RV Tech Jul 01 28 | B | Interest | K | T | | | | | |
| 92. La St Gas & Fuels Tax Rev Scr A Jun 01 32 | A | Interest | J | T | | | | | |
| 93. LA Pub Facs Auth Rev Tul Ser B Dec 15 32 | A | Interest | K | T | Buy | 05/04/11 | J | | |
| 94. Calcasieu Parish La Pub Tr AT STD LSE REV May 01 33 (muni) | B | Interest | | | Redeemed | 12/07/11 | K | A | |
| 95. Louisiana Univ-Agric CLG 07/01/33 | B | Interest | K | T | | | | | |
| 96. Louisiana Pub Facs Auth Rev Ochsner Ser A May 15, 2038 | C | Interest | L | T | | | | | |
| 97. LA Pub Facs Auth Rev Loyola Proj Oct 01 41 | B | Interest | K | T | Buy | 12/08/11 | K | | |
| 98. Merrill Lynch Bank USA RASP (money market) | A | Interest | J | T | | | | | |
| 99. Cooper Tire & Rubber Co Dec 15 2019 (Bond) | A | Interest | J | T | | | | | |
| 100. Phillip Morris Cos Inc Jan 15, 2027 (Bonds) | B | Interest | K | T | | | | | |
| 101. GTE North Inc. Bond Feb. 15, 2028 | A | Interest | J | T | | | | | |
| 102. LA LCL GOV ENV Dec 01 26 | A | Interest | K | T | Buy | 09/21/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Aegon NV PFD STK | B | Interest | K | T | | | | | |
| 104. Citigroup Capital XI Trust Pfd Secs Cum Sep 27 2034 | A | Interest | J | T | | | | | |
| 105. Dominion Resources June 15, 2079 | A | Interest | J | T | | | | | |
| 106. Florida Pwr & Lt Cap TR Mar 15 2044 | A | Interest | K | T | | | | | |
| 107. JPM CAPXXVIII Ser BB 12/22/2039 | A | Interest | J | T | Buy | 05/05/11 | J | | |
| 108. Nextera Energy Capital H Pfd stk | A | Interest | J | T | | | | | |
| 109. Georgia Power Cap TR VII Jan 15 2044 | A | Interest | | | Redeemed | 09/23/11 | J | A | |
| 110. Xcel Energy Inc Jr. Sub Notes Jan 1 2068 | A | Interest | J | T | | | | | |
| 111. Vanguard Ttl Stk Mkt Index Fund | D | Dividend | N | T | | | | | |
| 112. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 113. Capital One Bank-- checking/savings | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl J. Barbier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544